IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                                    24-MC-6012

$37,706.00 UNITED STATES CURRENCY,

        Defendant.

## STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, and, James D. Doyle, Esq., attorney for claimant Jayson Gulisano-Segelin, that the government=s time to file its Verified Complaint for Forfeiture be extended from September 6, 2024 to November 5, 2024, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

The parties to this Stipulation further agree that Jayson Gulisano-Segelin may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named property, and in that event, the government shall then have twenty (20) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

TRINI E. ROSS
United States Attorney
Western District of New York

Dated: August 28, 2024          BY: _____
                                     Mary Clare Kane
                                     Assistant United States Attorney
                                     United States Attorney's Office
                                     Western District of New York
                                     138 Delaware Avenue
                                     Buffalo, NY 14202
                                     716-843-5809
                                     mary.kane@usdoj.gov

Dated: August 27, 2024          _____
                                     James D. Doyle, Esq.
                                     1325 Long Pond Road
                                     Rochester, New York 14626
                                     585-723-0480
                                     jdd@jddoyle.com
                                     Attorney for Jayson Gulisano-Segelin